Ekwan E. Rhow - State Bar No. 174604
    erhow@birdmarella.com
Jeremy D. Matz - State Bar No. 199401
    jmatz@birdmarella.com
Naeun Rim - State Bar No. 263558
    nrim@birdmarella.com
Patricia H. Jun - State Bar No. 277461
    pjun@birdmarella.com
Nithin Kumar - State Bar No. 300607
    nkumar@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Claimant JW AURUM
(CAYMAN) GP LTD.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:17-CV-4447-DSF (PLAx) |
| Plaintiff, | **VERIFIED CLAIM AND STATEMENT OF INTEREST OF CLAIMANT JW AURUM (CAYMAN) GP LTD.** |
| vs. | |
| CERTAIN RIGHTS TO AND INTERESTS IN THE ELECTRUM GROUP, | Assigned to Hon. Dale S. Fischer |
| Defendant. | |

3434598.1

1    Pursuant to 18 U.S.C. § 983(a)(4)(A) and Federal Rules of Civil Procedure, Supplemental Rule G(5)(a), Claimant JW Aurum (Cayman) GP Ltd. hereby asserts an interest and files, in its capacity as the General Partner of Runway Holding Company, L.P. (a Cayman Islands Limited Partnership) ("Runway Holding Company"), this Claim to any and all right and interest in the Electrum Group, including (i) Global Holdings, L.P. ("Electrum Global"); (ii) TEG Global GP Ltd.; and (iii) TEG Services Holding Inc. ("Electrum Services") (collectively "Electrum"), owned, held or acquired, directly or indirectly, by JW Aurum (Cayman) GP Ltd. (in its capacity as the General Partner of Runway Holding Company), including any right to collect and receive any profits and proceeds therefrom, and any interest derived from the proceeds invested in the Electrum Group. (the "Defendant Asset").  JW Aurum (Cayman) GP Ltd.is the General Partner to Runway Holding Company, which owns the Defendant Asset; as the General Partner to Runway Holding Company, JW Aurum (Cayman) GP Ltd. has full control over and is entitled to all rights, profits, proceeds and any interest derived from the proceeds, relating to the Defendant Asset.

   Pursuant to Supplemental Rule E(8) of the Supplemental Rules For Admiralty Or Maritime Claims And Asset Forfeiture Actions, Claimant expressly limits its appearance to asserting and defending its claim. In making this claim, Claimant does not waive and reserves all rights to challenge the *in rem* jurisdiction of this Court and the propriety of venue with regard to the Defendant Asset.

   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

   Executed October 11, 2017, at George Town, Grand Cayman, Cayman Islands.

_____
Christopher Rowland
Director of FFP (Directors) Limited as
Director of JW Aurum (Cayman) GP Ltd.

3434598.1

VERIFIED CLAIM AND STATEMENT OF INTEREST OF CLAIMANT JW AURUM (CAYMAN) GP LTD.

DATED: October 11, 2017

Ekwan E. Rhow
Jeremy D. Matz
Naeun Rim
Patricia H. Jun
Nithin Kumar
Bird, Marella, Boxer, Wolpert, Nessim,
Drooks, Lincenberg & Rhow, P.C.


By: ___/s/ Jeremy D. Matz___
Jeremy D. Matz
Attorneys for Claimant JW AURUM (CAYMAN) GP LTD.

3434598.1

VERIFIED CLAIM AND STATEMENT OF INTEREST OF CLAIMANT JW AURUM (CAYMAN) GP LTD.