UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | NO. CV 17-4447-DSF (PLAx) |
|---|---|
| Plaintiff, | |
| v. | **ORDER STAYING CIVIL FORFEITURE PROCEEDINGS** |
| ALL RIGHT AND INTEREST IN THE ELECTRUM GROUP, | |
| Defendant. | |

    The Stipulation to Stay Civil Forfeiture Proceedings is GRANTED.

    This forfeiture action shall be stayed for all purposes except the filing of timely claims.

    The government shall file a status report concerning the status of the criminal proceeding every one hundred and eighty (180) days, with the first such report to be filed no later than March 16, 2018.

    The deadline for claimant to file an answer to the government's complaint or a Rule 12 motion shall be thirty (30) days after the Court vacates the stay in the above-captioned matter.

    All arguments against the stay set forth in the documents filed as Dkts. 144 and 147 in CV 16-5364 DSF(PLAx), Dkts. 114 and 117 in CV

16-5367 DSF(PLAx), Dkts. 122 and 127 in CV 16-5368 DSF(PLAx), Dkts. 123 and 128 in CV 16-5369 DSF(PLAx), Dkts. 196 and 201 in CV 16-5370 DSF(PLAx) Dkts. 110 and 113 in CV 16-5374 DSF(PLAx), Dkts. 110 and 113 in CV 16-5375 DSF(PLAx), and Dkts. 109 and 112 in CV 16-5378 DSF(PLAx) shall be considered part of the record of the above-captioned matter for the purposes of appeal or any motion filed in this matter related to the stay.

  Claimant maintains any rights it has to appeal, move to reconsider, move to vacate or lift the stay, or to oppose, challenge, or appeal any extension of the stay.

DATED: 10/25/17

_____
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

DEBORAH CONNOR, Acting Chief
Asset Forfeiture and Money Laundering Section
United States Department of Justice
WOO S. LEE
JONATHAN BAUM
BARBARA LEVY
Criminal Division
U.S. Department of Justice

SANDRA R. BROWN
Acting United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

\_\_/s/John J. Kucera_____
JOHN J. KUCERA
JONATHAN GALATZAN
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

2