NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Ekwan E. Rhow - SBN. 174604
Jeremy D. Matz - SBN. 199401
Naeun Rim - SBN. 263558
Patricia H. Jun - SBN. 277461
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor, Los Angeles, CA  90067
Tel: (310) 201-2100; Fax: (310) 201-2110

ATTORNEY(S) FOR: Claimant JW Aurum (Cayman) GP Ltd.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>v.<br><br>CERTAIN RIGHTS TO AND INTERESTS IN THE ELECTRUM GROUP,<br><br>Defendant(s) | CASE NUMBER:<br><br>17-cv-04447-DSF-PLA<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _JW Aurum (Cayman) GP Ltd._
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| SEE ATTACHED LIST OF PARTIES | |

December 20, 2017                    /s/ Jeremy D. Matz
Date                                 Signature

Attorney of record for (or name of party appearing in pro per):

Claimant JW Aurum (Cayman) GP Ltd.

CV-30 (05/13)                    **NOTICE OF INTERESTED PARTIES**

UNITED STATES OF AMERICA v. CERTAIN RIGHTS TO AND INTERESTS IN THE ELECTRUM GROUP
U.S.D.C. Case No. 17-CV-4447 (DSF) (PLAx)

CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) Additional Parties

| PARTY | CONNECTION/INTEREST |
|---|---|
| JW Aurum (Cayman) GP Ltd. | Claimant and Owner of Interest in Defendant Asset |
| FFP (Directors) Limited | Director |
| FFP (Cayman) Limited | Trustee |
| Jynwel Capital Partners Ltd. | Beneficiary |
| Low Hock Peng | Beneficiary |
| Goh Gaik Ewe | Beneficiary |
| Low Taek Szen | Beneficiary |
| Low May Lin | Beneficiary |
| Low Taek Jho | Beneficiary |
| Adrien Coulombel | Director of Luxembourg Partners (JW Aurum Series J (Luxembourg) Sarl and JW Aurum Series M (Luxembourg) Sarl) |
| Jean-Pierre Verlaine | Director of Luxembourg Partners (JW Aurum Series J (Luxembourg) Sarl and JW Aurum Series M (Luxembourg) Sarl) |
| Englewood Sarl | Administrator of Luxembourg Partners (JW Aurum Series J (Luxembourg) Sarl and JW Aurum Series M (Luxembourg) Sarl) |
| Runway Holding Company, L.P. | Owner of Interest in Defendant Asset |