DEBORAH CONNOR, Chief
Money Laundering and Asset Recovery Section (MLARS)
MARY BUTLER, Chief, International Unit
WOO S. LEE, Deputy Chief, International Unit
JOSHUA SOHN, Trial Attorney
JONATHAN BAUM, Trial Attorney
BARBARA LEVY, Trial Attorney
Criminal Division
United States Department of Justice
  1400 New York Avenue, N.W., 10th Floor
  Washington, D.C. 20530
  Telephone: (202) 514-1263
  Email:  Woo.Lee@usdoj.gov

NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JOHN J. KUCERA (CBN: 274184)
MICHAEL R. SEW HOY (CBN: 243391)
Assistant United States Attorneys
Asset Forfeiture Section
  312 North Spring Street, 14th Floor
  Los Angeles, California 90012
  Telephone: (213) 894-3391/(213) 894-3314
  Facsimile: (213) 894-0142
  Email: John.Kucera@usdoj.gov
      Michael.R.Sew.Hoy@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CERTAIN RIGHTS AND INTERESTS IN THE ELECTRUM GROUP,<br><br>Defendant. | No. CV 17-04447-DSF (PLAx)<br><br>**NOTICE OF ORDER FILED IN RELATED CASE** |

1    On September 24, 2018, this Court issued the attached Order in the related case

2   *United States of America v. Certain Rights To and Interests in Shares of Series D*

3   *Preferred Stock in Palantir Technologies*, CV 17-4446-DSF (PLAx).

4    Pursuant to the Order, the government is providing notice of the Order to all

5   claimants in the related 1MDB civil forfeiture cases pending in this Court.

6   Dated: October 3, 2018                    Respectfully submitted,

7

8                                             DEBORAH CONNOR
                                              Chief, MLARS

9                                             NICOLA T. HANNA
10                                            United States Attorney

11                                             /s/*John J. Kucera*
12                                            JOHN J. KUCERA
                                              MICHAEL R. SEW HOY
13                                            Assistant United States Attorneys

14
15                                            WOO S. LEE
                                              Deputy Chief, MLARS
16                                            JOSHUA SOHN
17                                            JONATHAN BAUM
                                              BARBARA LEVY
18                                            Trial Attorneys, MLARS

19
20                                            Attorneys for Plaintiff
                                              UNITED STATES OF AMERICA

21

22

23

24

25

26

27

28